IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAUN DARNELL GARLAND,** | Case No. 2:21-cv-0796-JAM-DMC- (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST MOTION TO VACATE DEADLINE TO FILE RESPONSIVE PLEADING** |
| v. | |
| **KATHLEEN ALLISON, et al.,** | |
| Defendants. | |

Defendants Murillo, Allison, Burton, Urrea, Cumming, and Flores (Defendants) filed a motion to vacate the current deadline to file their responsive pleading to Plaintiff's first amended complaint. The Court has read and considered the motion and finds that good cause exists to grant it.

//
//
//
//
//
//
//

1

**IT IS HEREBY ORDERED** that Defendants' motion to vacate the deadline to file their responsive pleading is **GRANTED**. The Court will reset the deadline after it has issued its order on Plaintiff's motion for leave to amend the first amended complaint.

Dated:  November 23, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2

[Proposed] Order re. Defs.' 1st Mot. to Vac. Deadl. to File Resp. Plead. (2:21-cv-0796-JAM-DMC- (PC))