**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAUN DARNELL GARLAND, | No.  2:21-CV-0796-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  All Defendants have appeared in the case by way of answers filed on January 31, 2022.  See ECF Nos. 30-35.  The case is, therefore, at-issue and ready for referral to the Court's early Alternative Dispute Resolution (ADR) program for prisoner cases prior to scheduling.

Before the Court refers this case to early ADR or sets an initial schedule, the Court will address Plaintiff's pending motions for preliminary injunctive relief at ECF Nos. 16 and 17 and provide the District Judge with appropriate findings and recommendations.  To that end, the Defendants are directed to file a response to Plaintiff's motions within 30 days of the date of this order.  Plaintiff may file a reply within 15 days of the date of service of Defendants' response.

IT IS SO ORDERED.

Dated: February 4, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1