IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.,<br><br>Defendants. | No. 2:21-CV-0796-JAM-DMC-P<br><br><br><br>ORDER |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 46, for an extension of time to file objections to the Court's March 31, 2022, findings and recommendations. Good cause appearing therefor based on Plaintiff's declaration of the need for additional time in the prison law library, access to which is limited, Plaintiff's motion is granted. Plaintiff may file objections within 30 days of the date of this order.

      IT IS SO ORDERED.

Dated: April 26, 2022

                                  DENNIS M. COTA
                                  UNITED STATES MAGISTRATE JUDGE