IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.,<br><br>Defendants. | No. 2:21-CV-0796-DAD-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On September 13, 2023, the District Judge revoked Plaintiff's in forma pauperis status and ordered Plaintiff to pay the $402.00 filing fees within 30 days. See ECF No. 83. Plaintiff appealed. See ECF No. 85. On May 28, 2024, the Ninth Circuit Court of Appeals dismissed Plaintiff's appeal. See ECF No. 88. Pursuant to the appellate court's order, the mandate issued 21 days after the order. See id. The 21-day period has now passed, and jurisdiction is returned to this Court. Plaintiff will be ordered to pay the filing fees pursuant to the District Judge's September 13, 2023, order. Plaintiff is cautioned that failure to comply may result in dismissal of the entire action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110.

///

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall pay the $402.00 filing fees in full within 30 days of the date of this order.

Dated: July 8, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE