IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.,<br><br>Defendants. | No. 2:21-CV-0796-DAD-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 93, for an extension of time to file objections to the Court's August 26, 2024, findings and recommendations that this action be dismissed for failure to pay the filing fees as directed by the District Judge. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time to secure funds to pay the filing fees as previously directed, Plaintiff's motion is granted. Plaintiff may file objections within 14 days of the date of this order. Plaintiff is advised that, if he pays the filing fees within the time permitted herein for filing of objections, the Court will vacate the August 26, 2024, findings and recommendations.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 93, is GRANTED.

2. The parties may file objections to the Court's August 26, 2024, findings and recommendations within 30 days of the date of this order.

Dated: September 20, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE