1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 SHAUN DARNELL GARLAND,                    No.  2:21-CV-0796-DAD-DMC-P

12                 Plaintiff,

13            v.                                          ORDER

14 KATHLEEN ALLISON, et al.,

15                 Defendants.

16

17         Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18 42 U.S.C. § 1983.

19         On December 19, 2024, the United States Court of Appeals dismissed Plaintiff's

20 pending appeal.  See ECF No. 99.  Discovery in this action is closed and the Court hereby sets a

21 deadline for the filing of dispositive motion.

22         Accordingly, IT IS HEREBY ORDERED that dispositive motions shall be filed

23 within 60 days of the date of this order.

24

25 Dated:  January 22, 2025

26                                                       _____

27                                                       DENNIS M. COTA
                                                        UNITED STATES MAGISTRATE JUDGE

28

1