1
2
3
4
5
6
7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10                   SACRAMENTO DIVISION

11

12

**SHAUN DARNELL GARLAND,**                    No. 2:21-CV-0796-DAD-DMC-P

13

                                   Plaintiff,    **ORDER**

14

        **v.**

15

16   **KATHLEEN ALLISON, et al.,**

17                                 Defendants.

18

19         Defendants Allison, Burton, Cummings-Ivey, Flores, Murillo, and Urrea moved the Court

20   for leave to file a successive motion for summary judgment on the merits of Plaintiff's claims if

21   their concurrently filed exhaustion-based motion for summary judgement and motion for

22   judgment on the pleadings (ECF Nos. 101) is denied, either in whole or in part. The Court has

23   read and considered Defendants' motion and finds that good cause exists to grant the motion.

24         Accordingly, Defendants' motion is GRANTED. The Court will set, if necessary, a briefing

25   schedule for a merits-based motion for summary judgment after its ruling on Defendants'

26   concurrently filed exhaustion-based motion for summary judgment and motion for judgment on

27   the pleadings.

28   ///

                                        1

1   No hearing will be held on this motion unless the Court so orders at a later date.

2   **IT IS SO ORDERED.**

3

4   Dated:  March 17, 2025

5   _____
    DENNIS M. COTA
    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2