**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAUN DARNELL GARLAND, | No.  2:21-CV-0796-DAD-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for an extension of time to file objections to the Court's March 27, 2026, findings and recommendations.  See ECF No. 118. Plaintiff states that he has been appointed "Independent Defense Counsel" by the Los Angeles County Superior Court in another matter.  See id.  Plaintiff seeks additional time in this case to allow appointed counsel to review the file and assist him with preparation of objection.  See id. Good cause appearing therefor, Plaintiff's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.    Plaintiff's motion for an extension of time, ECF No. 118, is granted.

2.    Objections to the Court's March 27, 2026, findings and recommendations are due within 30 days of the date of this order.

Dated:  June 3, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2