UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAUN DARNELL GARLAND,

Plaintiff,

v.

KATHLEEN ALLISON, et al.,

Defendants,

No. 2:21-cv-0796-DAD-DMC P

ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS, ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE, GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

(Doc. Nos. 101, 104, 117, 125)

Plaintiff Shaun Darnell Garland Bryan Clark is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 27, 2026, the assigned magistrate judge issued findings and recommendations recommending that defendant's request for judicial notice and motion to for summary judgment (Doc. No. 101) be granted and the plaintiff's motion for summary judgment (Doc. No. 104) be denied. (Doc. No. 117.) Specifically, the magistrate judge concluded that the undisputed evidence before the court on summary judgment demonstrated that plaintiff had failed to exhaust

his administrative remedies prior to filing suit as required. (*Id.* at 11–16.) As to plaintiff's motion, the magistrate judge noted that it was based solely on plaintiff's claim that he was entitled to summary judgment in his favor because defendants did not file a dispositive motion. (*Id*. at 1-2.)[1]

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 16.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed. The court does note that plaintiff has requested (Doc. Nos. 118, 120, 122) and was granted (Doc. Nos. 119, 121, 123) three extensions of time to file objections to the pending findings and recommendations. However, the August 19, 2026 order granting the requested extension of time required plaintiff to file any objections by September 18, 2026 (Doc. No. 123) and no objections have been received by the court. Instead, on September 18, 2025, the court received yet another request from plaintiff for an additional thirty day extension of time to file his objections. (Doc. No. 125.) Therein, plaintiff again (*see* Doc No. 118 at 1–2) complains that his ability to access the courts is being hindered by correctional officials with respect to his access to documents, the making of copies, and law library access and he also again seeks additional time to consult with counsel who was appointed to represent him in connection with a motion he has pending in state court (*see* Doc. Nos. 118 at 3; 120 at 1-2; 122 at 2; *see also* Doc. No. 123 at 1).

It now appears clear that plaintiff misapprehends the purposes of objections to pending findings and recommendations which is merely to point out why, in the view of the party objecting, those findings and recommendations are in error and should not be adopted by the assigned district judge. Here, the findings and recommendations have been pending before the court for almost six months. Plaintiff has been provided with more than enough time to file objections to them and has declined to do so. His request for even more time to file his objections

---

[1] Of course, this was not the case because defendants moved for summary judgment in their favor due to plaintiff's failure to exhaust his administrative remedies prior to filing suit and, in any event, their failure to so move would not entitle plaintiff to summary judgment.

is not well-supported and will be denied. Finally, the court notes that plaintiff has alluded to the merits of the findings and recommendations at times in his various requests for extension of time, the court has considered plaintiff's arguments in this regard, and concludes that none of those arguments or suggestions provides a valid basis for rejecting the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations filed on March 27, 2026 (Doc. No. 117) are adopted in full;
2. Plaintiff's latest motion for an additional thirty day extension of time to file objections to those findings and recommendations (Doc. No. 125) is denied;
3. Defendants' request for judicial notice and motion for summary judgment (Doc. No. 101) are granted;
4. Plaintiff's motion for summary judgment (Doc. No. 104) is denied; and
5. The Clerk of the Court is directed to enter judgment in favor of defendants and to close this case.

IT IS SO ORDERED.

Dated: **September 21, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE